# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>OKTA, INC.,<br><br>    Defendant. | C.A. No. 25-303-GBW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE and enter the appearance of Neal C. Belgam of Smith, Katzenstein & Jenkins LLP on behalf of Plaintiff Fraud Free Transactions LLC in the above-captioned matter.

Date: March 12, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
Megan Ix Brison (No. 6721)
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
nbelgam@skjlaw.com
dat@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff*
*Fraud Free Transactions LLC*