## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FRAUD FREE TRANSACTIONS, LLC,

        Plaintiff,

        v.

OKTA, INC.,

        Defendant.

Civil Action No. 25-303-GBW

## ORDER

AND NOW, this 30th day of July 2026, after reviewing Defendant Okta, Inc.'s ("Defendant") Motion to Dismiss for Failure to State a Claim (D.I. 11) and its respective briefing (D.I. 12; D.I. 15; D.I. 20), and in light of this Court's Order granting the Motion to Stay in Fraud Free Transactions, LLC v. Ping Identity Corporation in C.A. No. 25-302 (D.I. 29), the Court **HEREBY STAYS THIS CASE** pending resolution of the appeal in C.A. No. 24-1218 (the "Appeal") because the patent asserted in this action, U.S. Patent No. 12,229,768 (the "'768 Patent"), is the same patent as issue in C.A. No. 25-302, and the Appeal involves a related patent in the same patent family. The parties shall file a joint status report in this action providing the Court with an update on the Federal Circuit's resolution of the Appeal by no later than fourteen (14) days after the resolution of the Appeal. **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (D.I. 11) is **DENIED** without prejudice to renew after the resolution of the Appeal.

                                      _____
                                         GREGORY B. WILLIAMS
                                 UNITED STATES DISTRICT JUDGE